UNITED STATES of America, Plaintiff-Appellee

v.

Sergio Aaron RUIZ-TAPIA, Defendant-Appellant

No. 16-11043
Conference Calendar

United States Court of Appeals, Fifth Circuit.

Filed April 18, 2017

James Wesley Hendrix, Assistant U.S. Attorney, U.S. Attorney's Office, Northern District of Texas, Dallas, TX, for Plaintiff-Appellee

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Sergio Aaron Ruiz-Tapia, Pro Se

Before KING, HAYNES, and GRAVES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Sergio Aaron Ruiz-Tapia has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Ruiz-Tapia has filed a response. His motion for the appointment of substitute counsel is untimely. *United States v. Wagner*, 158 F.3d 901, 902-03 (5th Cir. 1998). We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Ruiz-Tapia's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, Ruiz-Tapia's motion for appointment of substitute counsel is DENIED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.